# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NDUKA COLLINS OKORIE,       )
                                          )
          Plaintiff,          )
                                          )
          v.                  )      Civil Action No.  25-03428 (UNA)
                                            )
                                          )
DONALD JOHN TRUMP,       )
                                          )
          Defendant.        )

## MEMORANDUM OPINION

This matter, brought *pro se*, is before the Court on review of Plaintiff's complaint  ECF No. 1, and application for leave to proceed *in forma pauperis* (IFP), ECF No. 2. For the following reasons, the Court grants the IFP motion and dismisses the case.  *See* 28 U.S.C. § 1915(e)(2)(B)(i) (requiring immediate dismissal of a frivolous suit).

Plaintiff, a resident of Ontario, Canada, alleges that President Donald Trump "has not paid any of his debts owed to me to the tune of" $3,462,000.  Compl., ECF No. 1 at 5.  The alleged debt is for $462,000 worth of "art work services" rendered during the "presidential elections in November 2016" and "translation services for Paul Trump, [alleged] brother of the defendant costing U.S. dollar 3000000[.]"  *Id*. at 4.

Complaints, as here, lacking "an arguable basis either in law or in fact," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), or "postulating events and circumstances of a wholly fanciful kind," *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981), are appropriately dismissed as frivolous.  A separate order accompanies this Memorandum Opinion.

Date: November 5, 2025

                                _____
                                  TREVOR N. McFADDEN
                                  United States District Judge